IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES G. CHRENKO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.: 2:10cv783-CSC |
| ) | [WO] |
| ) | |
| GOVERNOR BOB RILEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, and for good cause, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED for lack of jurisdiction, with no costs taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 17th day of April, 2013.

　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE